2796.SBK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RO-MAR TRANSPORTATION SYSTEMS, INC. )<br>    3500 Kedzie Avenue )<br>    Chicago, Illinois 60632 )<br>)<br>    Plaintiff )<br>)<br>    Versus )<br>)<br>THE CHARTER OAK FIRE INSURANCE )<br>COMPANY )<br>)<br>    One Tower Square )<br>    Hartford, Connecticut 06183 ) | No. 2015 CV 7938 |

**STIPULATION TO DISMISS**

Plaintiff, RO-MAR TRANSPORTATION SYSTEMS, INC., by and through its respective counsel, hereby stipulate and agree to dismiss with prejudice this litigation in its entirety, pursuant to a settlement agreement entered into by and between all parties, with no costs to any party.

_____
Shimon B. Kahan
Attorney for Plaintiff

_____
Jonathan K. Barger
Attorney for Defendant

HAYNES, STUDNICKA, KAHAN & POULAKIDAS
200 West Adams Street, Suite 2175
Chicago, IL 60606
Telephone: (312) 332-6644
Facsimile: (312) 332-6655
E-mail: skahan@hskolaw.com
ARDC No. 6207172